August 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

DCR MORTGAGE III SUB I, LLC, Appellant

NO. 14-15-00026-CV                              V.

LAWRENCE C. MATHIS, Appellee

_____

Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on October 30, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, DCR Mortgage III Sub I, LLC.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.